IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 SEP -9  PM 1:30
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY

| | |
|---|---|
| JANE DOE, RRISD MINOR CHILD, § <br>           PLAINTIFF, § <br> § <br> V. § <br> § <br> ROUND ROCK INDEPENDENT SCHOOL § <br> DISTRICT, § <br>           DEFENDANT. § | CAUSE NO. 1:18-CV-922-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

    **IT IS ORDERED** that Defendant is awarded its costs of court.

    **IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _9th_ day of September, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE