# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 02, 2019

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 19-50928   Jane Doe v. Round Rock Indep School Dist
                          USDC No. 1:18-CV-922

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa V. Mattingly, Deputy Clerk
                                      504-310-7719

cc w/encl:
    Mr. Terry P. Gorman I
    Mr. Gregory Philip Marzec

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-50928

_____

JANE DOE, RRISD Minor Child,

    Plaintiff - Appellant

v.

ROUND ROCK INDEPENDENT SCHOOL DISTRICT,

    Defendant - Appellee

_____

Appeal from the United States District Court for the
Western District of Texas

_____

**A True Copy**
**Certified order issued Dec 02, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 2, 2019, for want of prosecution. The appellant failed to timely file a brief and record excerpts.

                  LYLE W. CAYCE
                  Clerk of the United States Court
                  of Appeals for the Fifth Circuit

                  *Melissa Mattingly*

                  By: _____
                  Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT